# CERTIFICATE OF SERVICE

IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLORADO         Case #: 1:23-cv-00490-MDB

David Ulery and Thomas Doughty

vs.

Insurance Supermarket, Inc. and EDM Leads, LLC

Plaintiff

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons in a Civil Action and Amended Class Action Complaint for Damages and Demand for Jury Trial**

| | |
|---|---|
| PARTY SERVED: | **EDM LEADS, LLC** |
| PERSON SERVED: | **JAMAL ENGLISH, C.O.O.** |
| METHOD OF SERVICE: | **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service. |
| DATE & TIME OF DELIVERY: | 06/29/2023 at 3:41 PM |
| ADDRESS, CITY AND STATE: | 1166 E WARNER RD, GILBERT, AZ 85296 |
| DESCRIPTION: | Race: **Black**  Sex: **Male**  Age: **35**  Glasses: **No**<br>Height: **5'10"**  Weight: **220**  Hair: **Black** |

Judicial Attorney Services, Inc.
2942 N 24th St., Ste 114-550
Phoenix, AZ 85016
(877) 659-3448

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 6/30/2023.

Signature: *DeVon Marie Thomas*

DeVon Marie Thomas
Registration No: MC-200800007

CLIENT: **Global Process Services Corp**
FILE #: **23-1453**

Job #: **531402**