# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00490-MDB

DAVID ULERY, and
THOMAS DOUGHTY, individually and
on behalf of all others similarly situated,

    Plaintiffs,

v.

INSURANCE SUPERMARKET, INC., and
EDM LEADS, LLC,

    Defendants.

---

### DEFENDANT EDM LEADS, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant EDM Leads, LLC states that it has no parent corporation, and that no other publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

DATED: August 10, 2023        **KRONENBERGER ROSENFELD, LLP**

        By: /s Karl S. Kronenberger
            Karl S. Kronenberger
            150 Post Street, Suite 520
            San Francisco, CA 94108
            karl@kr.law
            Telephone: (415) 955-1155
            Fax: (415) 955-1158

Attorneys for Defendant EDM Leads, LLC

# CERTIFICATE OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

I hereby certify that on August 10, 2023, I filed and served:

1) **DEFENDANT EDM LEADS, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

via CM/ECF on the parties listed below as follows:

| *Counsel for Plaintiffs:* | *Counsel for Defendant and Third-Party Plaintiff Insurance Supermarket, Inc.:* |
|---|---|
| Joshua H. Eggnatz<br>EGGNATZ PASCUCCI<br>7450 Griffin Road, Suite 230<br>Davie, FL 33314<br>jeggnatz@justiceearned.com | Jessica S. Reed-Baum<br>JACKSON LEWIS P.C.<br>950 17th Street, Suite 2600<br>Denver, CO 80202<br>jessica.reed@jacksonlewis.com |
| Jordan Richards<br>JORDAN RICHARDS, PLLC<br>1800 SE 10th Avenue, Suite 205<br>Ft. Lauderdale, FL 33316<br>jordan@jordanrichardspllc.com | Amanda A. Simpson<br>JACKSON LEWIS P.C.<br>390 N. Orange Avenue, Suite 1285<br>Orlando, FL 32801<br>amanda.simpson@jacksonlewis.com |
| Chris R. Miltenberger<br>THE LAW OFFICE OF CHRIS R. MILTENBERGER, PLLC<br>1360 N. White Chape, Suite 200<br>Southlake, TX 76092<br>chris@crmlawpractice.com | |

DATED: August 10, 2023

      /s Karl S. Kronenberger
      Karl S. Kronenberger