# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

## CASE NO: 1:23-cv-00490-MDB

DAVID ULERY and THOMAS
DOUGHTY, individually and
on behalf of all others similarly situated,

    Plaintiffs,

    v.

INSURANCE SUPERMARKET, INC.
and EDM LEADS, LLC,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, INSURANCE SUPERMARKET, INC.

Plaintiffs, DAVID ULERY and THOMAS DOUGHTY, and Defendant Insurance Supermarket, Inc., through their respective attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss Defendant, INSURANCE SUPERMARKET, INC. from this matter with prejudice as to Plaintiffs' individual claims, and without prejudice as to any other putative class member, with each party to bear their own attorney's fees and costs.

                                          Respectfully submitted,

Dated: April 24, 2024                     */s/ Joshua H. Eggnatz*
                                              Joshua H. Eggnatz, Esq.
                                              Fla. Bar. No.: 0067926
                                              Michael J. Pascucci, Esq.
                                              Fla. Bar. No.: 83397
                                              Steven N. Saul, Esq.
                                              Fla. Bar No.: 1002827
                                              **EGGNATZ | PASCUCCI**
                                              7450 Griffin Road, Suite 230
                                              Davie, FL 33314
                                              Tel: (954) 889-3359
                                              Fax: (954) 889-5913
                                              MPascucci@JusticeEarned.com

JEggnatz@JusticeEarned.com
SSaul@JusticeEarned.com


Jordan Richards, Esq.
IL Bar No.: 6328923
**JORDAN RICHARDS, PLLC**
1800 SE 10th Avenue, # 205
Fort Lauderdale, FL 33316
Tel: (954) 871-0050
Jordan@JordanRichardsPllc.com

Chris R. Miltenberger
Texas State Bar Number 14171200
**THE LAW OFFICE OF CHRIS R. MILTENBERGER, PLLC**
1360 N. White Chapel, Suite 200
Southlake, Texas 76092
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

*Attorneys for Plaintiffs*


/s/_Amanda Simpson
Amanda A. Simpson
**JACKSON LEWIS P.C.**
390 N. Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Amanda.Simpson@jacksonlewis.com

Jessica S. Reed-Baum
**JACKSON LEWIS P.C.**
950 17th Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 892-0404
Jessica.Reed-Baum@jacksonlewis.com

*Counsel for Defendant, Insurance Supermarket, Inc.*

/s/ Karl Kronenberger
Karl S. Kronenberger
Leah Vulic
**KRONENBERGER ROSENFELD, LLP**
150 Post Street, Ste 520
San Francisco, CA 94108

2

        Phone: (415) 955-1155 Ext. 114
        karl@kr.law

*Counsel for Defendant EDM Leads*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was filed via CM/ECF on April 24, 2024 and that the foregoing was served on all counsel of record.

        By:  */s/ Joshua Eggnatz*
        Joshua H. Eggnatz, Esquire
        Florida Bar No. 0067926

## SERVICE LIST:

Amanda A. Simpson
**JACKSON LEWIS P.C.**
390 N. Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Amanda.Simpson@jacksonlewis.com

Jessica S. Reed-Baum
**JACKSON LEWIS P.C.**
950 17th Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 892-0404
Jessica.Reed-Baum@jacksonlewis.com

*Counsel for Defendant, Insurance Supermarket, Inc.*

Karl S. Kronenberger
Leah Vulic
**KRONENBERGER ROSENFELD, LLP**
150 Post Street, Ste 520
San Francisco, CA 94108
Phone: (415) 955-1155 Ext. 114
karl@kr.law

*Counsel for Defendant EDM Leads*